AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JALIL IBN AMEER AZIZ<br><br>_Defendant_ | )<br>)<br>)  Case No.<br>)<br>)<br>) |

1:15-mj-81

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_   Jalil Ibn Ameer Aziz

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§ 2339B -- Conspiring, and attempting to provide, material support or resources to a designated foreign terrorist organization.

Date: 12-17-15

_____
_Issuing officer's signature_

City and state:   Harrisburg, PA 17108

Martin C. Carlson, Chief Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_