FILED
HARRISBURG

DEC 23 2015

PER_____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     Criminal No.  1:15-CR-00309

      v.                          :

JALIL IBN AMEER AZIZ,        :

          Defendant          :

## P L E A

AND NOW,  this _23_ day of _December 2015_, the within named defendant, hereby enters a plea of _not guilty_ to the within indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)