IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ** | : | (electronically filed) |

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, by and through its attorney Peter J. Smith,

United States Attorney for the Middle District of Pennsylvania, hereby

provides notice to Jalil Ibn Ameer Aziz, and to the Court, that pursuant

to Title 50, United States Code, Section 1825(d), the United States

intends to offer into evidence, or otherwise use or disclose in any

proceedings in the above-captioned matter, information obtained or

derived from physical searches conducted pursuant to the Foreign

Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§

1821-1829.

Respectfully submitted,

PETER J. SMITH
United States Attorney

ROBERT J. SANDER
Trial Attorney
U.S. Department of Justice
National Security Division
Counterterrorism Section

ADAM L. SMALL
Trial Attorney
U.S. Department of Justice
National Security Division
Counterterrorism Section

Dated: December 28, 2015       s/ Daryl F. Bloom
                              Daryl F. Bloom
                              Assistant United States Attorney
                              Daryl.Bloom@usdoj.gov
                              PA73820

                              228 Walnut Street, P.O. Box 11754
                              Harrisburg, Pennsylvania 17108
                              717/221-4482 (Office)
                              717/221-2246 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ** | : | (electronically filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on this Monday, December 28, 2015, he served a copy of the attached

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

by electronic means by sending a copy to each of the e-mail addresses stated below:


Heidi Freese
Heidi_Freese@fd.org

Lori Ulrich
Lori_Ulrich@fd.org



s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant United States Attorney