IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | (Electronically Filed) |
| JALIL IBN AMEER AZIZ | : | |

**SPECIFIC REQUEST FOR DISCOVERY OF
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

AND NOW, comes the defendant, Jalil Ibn Ameer Aziz, by his attorney,
Thomas A. Thornton, Esquire of the Federal Public Defender's Office, and files
this Specific Request for Discovery of Foreign Intelligence Surveillance Act
Information, averring as follows:

1. On December 28, 2015, the Government filed a Notice of Intent to Use
Foreign Intelligence Surveillance Act (FISA) Information at the trial of Mr. Aziz
pursuant to 50 U.S.C. § 1821-1829.

2. It is believed that the Government has made applications to the FISA Court
and received orders that have allowed searches and seizures of evidence they
intend to use against Mr. Aziz.

3. Counsel may need to move to suppress evidence pursuant to 50 U.S.C. §
1825(f), but cannot make such a motion unless the Government discloses the full
extent of the searches and seizures that have been undertaken in this matter.

4.     It is the understanding of counsel that Government agents entered the home of Mr. Aziz for a "sneak and peek search."

5.     Counsel specifically requests the following to ensure a full and fair trial in this matter:

      a.  All information and writings provided to the FISA Court in support of any applications to search under 50 U.S.C. § 1821, *et seq.*

      b.  The identity of all targets of any search.

      c.  The dates of any search, whether or not anything was seized.

      d.  The nature and location of each premises or property of any search.

      e.  The type of information, material, or property which was seized, altered, or reproduced.

      f.  Any inventory produced.

      g.  Copies of any orders of the FISA Court involving Mr. Aziz.

      h.  The names of Government agents involved in the search.

      i.  Any minimization procedures utilized in this matter of Mr. Aziz.

      j.  Copies of anything seized, photographed, or recorded in any way as a result of a FISA Court authorization.

      k.  All exculpatory information gathered as a result of a FISA Court authorization.

      l.  Any information in any application for FISA Court action which was denied and the Court order denying the application and the reasons for the denial.

Respectfully submitted,

Date:  January 7, 2016

*/s/ Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Asst. Federal Public Defender
Attorney ID# PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*thomas_thornton@fd.org*
*Attorney for Jalil Ibn Ameer Aziz*

## CERTIFICATE OF SERVICE

I, Thomas A. Thornton, Esquire, of the Federal Public Defender's Office, do

hereby certify that I served a copy of the foregoing **Specific Request for**

**Discovery of Foreign Intelligence Surveillance Act Information**, via Electronic

Case Filing, and/or by placing a copy in the United States mail, first class in

Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

DARYL F. BLOOM, ESQUIRE
United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA  17101
*daryl.bloom@usdoj.gov*

JALIL IBN AMEER AZIZ

ROBERT J. SANDER, ESQUIRE
U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
*Robert.Sander@usdoj.gov*

ADAM L. SMALL, ESQUIRE
U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
*Adam.Small@usdoj.gov*

Date:  January 7, 2016

*/s/ Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Asst. Federal Public Defender
Attorney ID# PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*thomas_thornton@fd.org*
*Attorney for Jalil Ibn Ameer Aziz*