IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ**, | : | (Electronically Filed) |
| Defendant. | **:** | |

## MOTION TO DESIGNATE CLASSIFIED
## INFORMATION SECURITY OFFICER

The United States of America, by and through undersigned counsel, respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),  pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  In support of its application, the government states the following:

1.  This a criminal matter in which the grand jury has returned a two-count indictment charging the defendant with conspiring and attempting to provide material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B.

2.  As set forth in its motion for a pretrial conference pursuant to Section 2 of CIPA (Docket No. 31), this case involves classified material and will likely require filings under Section 4 of CIPA.

3.   To assist the Court and court personnel in handling the government's CIPA motion and implementing any orders relating to the matter, the government requests that the Court designate Debra M. Guerrero-Randall as the CISO for this case.

4.   The CISO will perform the duties and responsibilities set forth in the Security Procedures promulgated by the Chief Justice.  *See* Security Procedures Established Pursuant to PL 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information ¶ 4, effective Jan. 15, 2011, superseding 18 U.S.C. app. 3 § 9 note (2011) (originally issued Feb. 12, 1981).  The Security Procedures designate the CISO as "responsible to the court for document, physical and personnel and communications security."  Id. § 2. Therefore, the government expects that the CISO will assist the Court in obtaining the necessary security clearances for staff, handling and reviewing any classified information submitted by the government, as well as preparing proper classification markings on any orders issued by the Court.

5.   CISOs have been appointed in other cases in this circuit.  *See, e.g.*, Order Designating Classified Information Security Officers, *United States v. Thomas*, No. 2:15-cr-171-MMB (E.D. Pa. May 11, 2015), ECF No. 18; Order, *United States v. Panell*, No. 5:14-cr-80-EGS (E.D. Pa. Oct. 15, 2014), ECF No. 62.

6.  The government further requests that the Court designate the following persons as Alternate CISOs, to serve in the event Ms.  Guerrero-Randall is unavailable: Daniel O. Hartenstine, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

Respectfully submitted,

PETER J. SMITH
United States Attorney

Dated:  April 15, 2016

  /s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant United States Attorney
PA 73820

228 Walnut Street, P.O. Box 11754
Harrisburg, Pennsylvania 17108
717/221-4482 (Office)
717/221-4493 (Fax)
Daryl.Bloom@usdoj.gov

  /s/ Robert Sander
ROBERT J. SANDER
Trial Attorney
PA 82116

U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202/307-1102 (Office)
Robert.Sander@usdoj.gov

   /s/ Adam Small
ADAM L. SMALL
Trial Attorney

U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202/616-2431 (Office)
Adam.Small@usdoj.gov

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ**, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.  That on this Friday, April 15, 2016, he caused to be served a copy of the attached

## MOTION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER

by electronic means to:

Thomas A. Thornton
thomas_thornton@fd.org

Dated:  April 15, 2016                                    /s/ Daryl F. Bloom
                                                                DARYL F. BLOOM
                                                                Assistant U.S. Attorney