IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ**, | : | |
| Defendant. | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1, I hereby certify that I contacted counsel

for the defendant to seek his concurrence in the foregoing Motion.  Mr. Thornton,

counsel for Jalil Ibn Ameer Aziz, concurs in this motion and the relief sought.

By:   /s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant United States Attorney
daryl.bloom@usdoj.gov
PA73820

228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754
Phone: 717-221-4482
Fax: 717-221-2246