IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ**, | : | (Electronically Filed) |
| Defendant. | : | |

### O R D E R

The United States of America, having applied for the appointment a

Classified Information Security Officer and alternates pursuant to the Classified

Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the

Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the

Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA,

it is hereby

ORDERED AND DECREED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the

Security Procedures promulgated under Section 9, that the Court designates Debra

Guerrero-Randall as the Classified Information Security Officer in this case.

It is further ORDERED that the Court designates the following persons as

Alternate Classified Information Security Officers, to serve in the event Ms.

Guerrero-Randall is unavailable: Daniel O. Hartenstine, Jennifer H. Campbell,

Branden M. Forsgren, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

BY THE COURT:

_____
CHRISTOPHER C. CONNER
Chief Judge, United States District Court