IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:15-CR-309 |
| | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | Filed with Classified |
| | : | Information Security |
| **JALIL IBN AMEER AZIZ** | : | Officer Under Seal |
| | : | |

**GOVERNMENT'S MOTION FOR A PROTECTIVE
ORDER PURSUANT TO CIPA SECTION 4 AND FEDERAL
RULE OF CRIMINAL PROCEDURE 16(d)(1)**