IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (Electronically Filed) |

**MOTION FOR NOTICE AND DISCLOSURE OF FISA-RELATED SURVEILLANCE AND TO SUPPRESS THE FRUITS OR DERIVATIVES OF ELECTRONIC SURVEILLANCE AND ANY OTHER MEANS OF COLLECTION CONDUCTED PURSUANT TO FISA OR OTHER "CONFIDENTIAL" FOREIGN INTELLIGENCE GATHERING OR ANY PARALLEL CONSTRUCTION OR "SCRUBBING" ACTIVITIES**

Jalil Aziz by his attorney, by and through his counsel, Thomas A. Thornton, Esquire, hereby moves this Court for an Order compelling notice and discovery of the surveillance techniques that the government used to monitor Mr. Aziz's communications and activities in the course of its investigation and suppression of any evidence gathered and fruits thereof. Jalil Aziz also moves for discovery and notice of any "parallel constructions" or "scrubbing" of evidence to be used at trial.

The reasons therefore are fully explained in the brief which accompanies this motion.

Respectfully submitted,

Date: September 8, 2016

*/s/ Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
thomas_thornton@fd.org
*Attorney for Jalil Aziz*

## CERTIFICATE OF SERVICE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing Brief in Support of Motion for Notice and Disclosure of FISA-Related Surveillance and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other "Confidential" Foreign Intelligence Gathering or Any Parallel Construction or "Scrubbing" Activities, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

ROBERT J. SANDER, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Robert.Sander@usdoj.gov*

ADAM L. SMALL, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Adam.Small@usdoj.gov*

DARYL F. BLOOM, ESQUIRE
United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA  17101
*Daryl.Bloom@usdoj.gov*

JALIL IBN AMEER AZIZ
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17104

Date:  September 8, 2016

*/s/ Thomas A. Thornton*
Thomas A. Thornton, Esquire
Attorney ID# 44208
Federal Public Defender's Office
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*thomas_thornton@fd.org*
*Attorney for Jalil Ibn Ameer Aziz*