IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (Electronically Filed) |

## **CERTIFICATE OF NON-CONCURRENCE**

I, Thomas A. Thornton, Esquire, do hereby certify that Assistant United States Attorney Adam Small, Esquire, advises that the government does not concur in the foregoing Motion for Notice and Disclosure of FISA-Related Surveillance and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other "Confidential" Foreign Intelligence Gathering or Any Parallel Construction or "Scrubbing" Activities.


ROBERT J. SANDER, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Robert.Sander@usdoj.gov*

ADAM L. SMALL, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Adam.Small@usdoj.gov*

DARYL F. BLOOM, ESQUIRE
United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA  17101
*Daryl.Bloom@usdoj.gov*
JALIL IBN AMEER AZIZ
Dauphin County Prison

JALIL IBN AMEER AZIZ
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111


Date:  September 8, 2016

*/s/ Thomas A. Thornton*
Thomas A. Thornton, Esquire
Attorney ID# 44208
Federal Public Defender's Office
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*thomas_thornton@fd.org*
*Attorney for Jalil Ibn Ameer Aziz*