IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (Electronically Filed) |

### ORDER OF COURT

AND NOW this _____ day of September, 2016, after due consideration of

the Defendant's Motion for Disclosure of FISA-Related Material and to Suppress

the Fruits or Derivatives of Electronic Surveillance and Any Other Means of

Collection Conducted Pursuant to FISA or Other "Confidential" Foreign

Intelligence Gathering or Any Parallel Construction Activities,

IT IS HEREBY ORDERED that a hearing be held on

_____ at _____ in Court Room ____.

BY THE COURT:


CHRISTOPHER C. CONNER
UNITED STATES DISTRICT COURT JUDGE