IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (Electronically Filed) |

**SECOND PROPOSED JUROR QUESTIONNAIRE**

Juror # _____

**U.S. v. Aziz, 1:15-CR-00309**

## PERSONAL BACKGROUND

1. (15.)  Have you, or anyone close to you, ever had any education or training in the following areas? (please check all that apply)

   | | | |
   |---|---|---|
   | Law / Legal Field | [ ] myself | [ ] family/friend |
   | Criminal Justice / Law Enforcement | [ ] myself | [ ] family/friend |
   | Security / Intelligence | [ ] myself | [ ] family/friend |
   | Private Investigations | [ ] myself | [ ] family/friend |
   | Corrections / Jails / Prisons | [ ] myself | [ ] family/friend |
   | Firearms / Explosives | [ ] myself | [ ] family/friend |
   | Firefighting, Rescue Squad or EMT | [ ] myself | [ ] family/friend |

2. (57.)  Have you, or anyone close to you, ever been a member of, or otherwise involved with, any group that: (check all that apply):

   [ ] takes a position on social or legal issues? (e.g., gun control/right to bear arms, health care, abortion, tax policy, etc.)

   [ ] focuses on crime prevention (e.g., neighborhood watch, crime stoppers, etc.)

   [ ] focuses on victims' rights (e.g., shelters or crisis centers, etc.)

   If any, please indicate who was involved and the name(s) of the organization(s):
   _____

3. (74.)  Have you, a family member, or close friend ever worked for the court system or any correctional institution, jail or penitentiary whether local, state or federal?

   [ ] Yes [ ] No

   If 'yes,' please explain: _____

4. (75.)  Have you, or anyone close to you, ever applied or worked for, or volunteered in, or otherwise affiliated with any local state or federal law enforcement (e.g. Police, Sheriff, DA's Office, U.S. Attorney's Office, Department of Corrections, FBI, DEA, U.S. Marshal Service, Homeland Security, IRS, etc.)?

   [ ] Yes  [ ] No

2

Juror # _____

<u>U.S. v. Aziz, 1:15-CR-00309</u>

If 'yes,' please indicate the relationship of the person, describe the job and the law enforcement agency name:_____

5. (67.)   Have you ever appeared or testified in any legal proceeding or investigation for any reason, whether as a plaintiff, defendant, victim, or witness?

[ ] Yes             [ ] No

If 'yes,' please explain:_____

## MILITARY SERVICE

6. (13.)   Have you ever served in the military, including the reserves, National Guard or ROTC?

(a)   Have you, a close family member or close friend, ever served in a combat or military zone whether in Iraq, Afghanistan or elsewhere?

[ ] Yes [ ] No

If yes, do you know anyone who was injured or killed while serving?

[ ] Yes [ ] No

(b) Did you ever serve in the Military Police or on a Court Martial?     [ ] Yes [ ] No

7. (14.)   Have you, or a close family member, or close friend, ever been a civilian military employee or worked for a company whose primary business was as a government, defense or military contractor or vendor?          [ ] Yes [ ] No

If 'yes,' please explain:_____

## CONNECTIONS TO THE MIDDLE EAST AND AFRICA

8. (25.)   Have you ever traveled to countries in the Middle East or North Africa for any reason?                                                      [ ] Yes   [ ] No

If so, where and for what purpose?

_____

9. (26.)   Has any family member or anyone you know well ever visited or worked in a civilian, or non-military government capacity anywhere in the Middle East or North Africa?

[ ] Yes        [ ] No

3

Juror # _____

If so, where and for what purpose?

_____

10. (61.)   Do you speak, read, write, or understand any of the following languages? Arabic:

   [ ] Yes, speak    [ ] Yes, understand   [ ] Yes, read [ ] Yes, write        [ ] No

Any Arab Dialect:

   [ ] Yes, speak      [ ] Yes, understand   [ ] Yes, read       [ ] Yes, write        [ ] No

## ISLAM

11. (16d)   Do you belong to any Bible, Qur'an, Torah, or other religious study group?

                              [ ] Yes        [ ] No

   (e) Have you ever felt discriminated against because of your religious beliefs:

                              [ ] Yes        [ ] No

   If yes, please explain:_____

12. (17.)   Are you close to anyone who is a student of, or practices, the Muslim or Islamic faith?                                                              [ ] Yes        [ ] No

   If yes, please describe your relationship to that person and whether you have discussed that person's faith with him or her.

   _____

13. (18.)   Do you have any feelings about Islam that will affect your ability to be fair and impartial in this case?                                              [ ] Yes
      [ ] No
   If yes, please explain: _____

   (a)   Have you or anyone close to you had any experiences, feelings or impressions about Muslims or persons who have converted to Islam that would make it difficult for you to listen to evidence with an open mind in a case against a Muslim defendant accused of conspiring to commit terrorist acts?

                              [ ] Yes        [ ] No

   If yes, please explain:_____

4

Juror # _____

**U.S. v. Aziz, 1:15-CR-00309**

14. (19.)   Do you believe that Islam endorses the use of violence?   [ ] Yes      [ ] No

15. (22.)   Have you ever written to any elected or appointed government official, newspaper or magazine, or called in to a television or radio program or written to any internet chat room or blog to express your opinion about Islam, immigration, terrorism, or the U.S. efforts to combat terrorism?
   [ ] Yes        [ ] No

   If 'yes,' please indicate what opinions you expressed and over what media:
   _____

## INTERNET

16. (46.)   On a scale of 1 to 5, with 1 being "not very reliable" and 5 being "extremely reliable", how reliable is information found on the internet?

   1        2        3   4        5

17. (47.)   Do you have a personal computer at home, or do you have daily access to a personal computer outside your home (e.g. work, library, etc.)?
   [ ] Yes, I have a computer at home                    [ ] Yes, both
   [ ] Yes, I have daily access outside my home       [ ] No

18. (48.)   How often do you log onto the internet?
   [ ] Several times a day              [ ] At least two or three days a week
   [ ] At least once a day               [ ] Once a week or less

19. (49.)   How much time do you spend on the internet daily?
   [ ] More than 5 hours a day       [ ] Less than one hour per day
   [ ] Three to five hours a day      [ ] Do not spend time on the internet daily
   [ ] One to three hours a day

5

Juror # _____

20. (50.)   Which of the following activities do you spend the *most* internet time on?
(please check all that apply)
[ ] E-mail/Chatting/Instant messaging        [ ] Reading news/Current Events
[ ] Entertainment (games, cards, puzzles)    [ ] Fantasy Sports
[ ] Shopping/Auctioning        [ ] Gambling
[ ] Stock trading        [ ] Downloading music
[ ] Banking/Paying bills        [ ] Blogging
[ ] Research/Information gathering        [ ] None
[ ] Other: (specify): _____

21. (51.)   Do you have an account or profile on any social media networking website
(Facebook, Twitter, Google+, etc.)?   [ ] Yes [ ] No

(a)   If yes, check all sites on which you have accounts or profiles:
[ ] Facebook        [ ] MySpace        [ ] Twitter
[ ] Friendster        [ ] Snapchat        [ ] Vine
[ ] Google+        [ ] Tumbler        [ ] YouTube
[ ] Instagram        [ ] Other

(b)   If yes, please describe use and frequency:
[ ] Daily      [ ] Weekly    [ ] Rarely

## TERRORISM AND IMMIGRATION

22. (27.)   Have you, a member of your family, or a close friend, ever been directly or
indirectly affected in any way by a terrorist act or threat?        [ ] Yes        [ ] No

If so, please explain:_____

23. (28.)   Do you feel that the recent terror attacks in the US and other countries have
negatively affected your feelings about Arab, Muslim, and Somali people who have
come to the United States as immigrants?        [ ] Yes        [ ] No

24. (21.)   Do you closely follow media reports relating to terrorist plots or past or
pending criminal prosecutions of people charged with committing terrorist acts or
any other terrorism related cases or topics?        [ ] Yes        [ ] No

Juror # _____

**U.S. v. Aziz, 1:15-CR-00309**

25. (77.)   Have you, family members or close friends ever assisted or participated, in any way, in rescue or relief efforts, advocacy efforts or any other support for victims of any terrorist attack occurring in the United States or abroad?

[ ] Yes        [ ] No

If 'yes,' please explain:

_____

26. (79.)   How concerned are you that terrorists will commit acts of violence near where you and your family live or work?

[ ] very concerned                [ ] somewhat concerned                [ ] not concerned

27. (30.)   Do you feel afraid around Muslims or have you felt afraid around Muslims in the past?                                                     [ ] Yes        [ ] No

28. (32.)   Have you ever contributed money to an organization that opposes or wants to limit immigration, or opposes certain rights to immigrants or proposes changes to the immigration law?                                            [ ] Yes        [ ] No

29. (33.)   There has been a lot of talk recently about not letting any more Muslims into the country. Do you agree with that?                          [ ] Yes        [ ] No

   (a)     Do you think that we should send Muslim immigrants who aren't citizens home?                                                                   [ ] Yes        [ ] No

30. (34.)   There has also been a lot of talk about having all the Mosques and other places where Muslims gather put under surveillance. Do you agree with that?

[ ] Yes        [ ] No

## SCHEDULING AND HARDSHIP INFORMATION

31. (103.)   Do you have any physical problem (for example, sight, hearing, inability to sit for long periods of time) or emotional problem that would interfere with your ability to serve?                                                   [ ] Yes        [ ] No

7

Juror # _____

**U.S. v. Aziz, 1:15-CR-00309**

If 'yes,' please describe:

_____

32. (104.)  If you currently visit with a doctor or other medical professional on a regular basis, would those visits interfere with your ability to serve?

[ ] Yes       [ ] No

If 'yes,' please briefly describe how often these visits occur and why they would interfere with your ability to serve:

_____

33. (105.)  Are you taking any medication that could affect your ability to serve as a juror?                                                   [ ] Yes       [ ] No

If 'yes,' please explain:

_____

34. (106.)  Do you have any dietary or physical restrictions that need to be accommodated?                                   [ ] Yes       [ ] No

If 'yes,' please explain:

_____

35. (107.)  Is there any reason why you think you cannot serve on the jury?

_____