IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

**GOVERNMENT'S PROPOSED JUROR QUESTIONNAIRE**

JUROR BADGE #:_____JUROR NAME:_____

## SUPPLEMENTAL JURY QUESTIONNAIRE

## INSTRUCTIONS FOR COMPLETING JURY QUESTIONNAIRE

This Questionnaire is for use in a case in the United States District Court. Your responses will only be used for jury selection purposes.  They will not be publicly disseminated.  Following completion of the jury selection process, the questionnaires will be collected and maintained by the court.

- Please make your answers as thorough as possible.  You may use the last page to write additional information if more space is needed.  PLEASE DO NOT WRITE ON THE BACK SIDE OF ANY PAGE IN THIS QUESTIONNAIRE.

- Do not ask anyone for help in filling out the Questionnaire, including family members or friends.  Do not discuss the contents of the Questionnaire, any of the questions in it, or any of your answers, with anyone.  Your answers must be your own, truthful answers, and you will be declaring under penalty of perjury that your answers are truthful

- Do not do any research – using the Internet or any other source – about any of the information contained in this Questionnaire.

- After completing the Questionnaire, sign it under penalty of perjury and date it.

1

JUROR BADGE #:_____ JUROR NAME:_____

The defendant in this case is charged with (1) conspiring to provide material support or resources to a designated foreign terrorist organization; (2) attempting to provide and providing material support or resources to a designated foreign terrorist organization; (3) soliciting another to commit a crime of violence; and (4) transmitting a communication containing a threat to injure.

1.    Is there anything about the nature of the charges in this case that would affect your ability to evaluate the evidence fairly and be impartial?

☐ Yes              ☐ No

If yes, please explain.

_____

_____

_____

2.    In this case, the United States is represented by Assistant United States Attorney Daryl Bloom as well as Department of Justice Trial Attorneys Adam Small and Robert Sander.  The defendant is represented by Mr. Thomas Thornton.

Are you familiar with or do you have any knowledge of these attorneys?

☐ Yes              ☐ No

If yes, please explain.

_____

_____

_____

JUROR BADGE #:_____JUROR NAME:_____

3.  Do you have any knowledge about or have you had any significant exposure relating to the following?

☐ The Islamic State of Iraq and the Levant, aka, "ISIL", The Islamic State of Iraq and al-Sham ("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media

☐ Abu Bakr al-Baghdadi   ☐ Anwar Al-Awlaqi   ☐ Israel
☐ Palestine               ☐ *Dabiq* Magazine   ☐ Junnaid Hussain
☐ Raphael Hostey          ☐ International Terrorism
☐ Operation Legion        ☐ Turkey             ☐ Syria

If you checked one or more of the boxes above, please explain:

_____

_____

_____

4.  Do you speak, read, or understand the Arabic language?  If so, please describe.

☐ Yes     ☐ No

_____

_____

4.  Do you or does anyone close to you practice the Muslim or Islamic faith?

☐ Yes     ☐ No

JUROR BADGE #:_____JUROR NAME:_____

If yes, please describe your relationship to that person:

_____

_____

_____

5.    Do you have any feelings about religion generally or a religion in particular that would affect your ability to be fair and impartial?

☐ Yes        ☐ No

If yes, please explain:

_____

_____

_____

6.    Do you have any strongly held feelings or opinions about Muslims or Islam that would affect your ability to be fair and impartial?

☐ Yes          ☐ No

If yes, please explain:

_____

_____

_____

7.    Have you or anyone close to you ever been the victim of, or threatened with, an act of terrorism or a violent crime?

☐ Yes      ☐ No

JUROR BADGE #:_____JUROR NAME:_____

If yes, please explain:

_____

_____

_____

7a.    If you answered "Yes" to Question #7, would that affect your ability to evaluate the evidence fairly and be impartial?

☐ Yes      ☐ No

If yes, please explain:

_____

_____

_____

8.    Have you or anyone close to you ever traveled to or lived in a country in the Middle East or North Africa?

☐ Yes      ☐ No

If yes, please explain when, where, and for what purpose:

_____

_____

_____

8a.    If you answered "Yes" to Question #8, would that affect your ability to evaluate the evidence fairly and be impartial?

☐ Yes      ☐ No

JUROR BADGE #:_____JUROR NAME:_____

If yes, please explain:

_____

_____

_____

9.    Have you or anyone close to you served in a branch of the military, either in the United States or in another country?

☐ Yes            ☐ No

If yes, please explain:

_____

_____

_____

9a.    If you answered "Yes" to Question #9, would that affect your ability to evaluate the evidence fairly and be impartial?

☐ Yes      ☐ No

If yes, please explain:

_____

_____

_____

10.    Have you or anyone close to you served in the field of national security or counterterrorism?

☐ Yes            ☐ No

JUROR BADGE #:_____ JUROR NAME:_____

If yes, please explain:

_____

_____

_____

10a. If you answered "Yes" to Question #10, would that affect your ability to evaluate the evidence fairly and be impartial?

☐ Yes    ☐ No

If yes, please explain:

_____

_____

_____

11. Within the past 10 years, have you belonged to or contributed money or anything of value to any political or religious organization(s) that advocates for or against any legal issues?

☐ Yes    ☐ No

If yes, please list the organization(s) and your role:

_____

_____

_____

12. Do you use any of the following social media accounts or mobile messaging apps?

☐ Facebook    ☐ Skype     ☐ Google+/YouTube
☐ Instagram   ☐ MySpace   ☐ Snapchat

7

JUROR BADGE #:_____ JUROR NAME:_____

    ☐ Tumblr    ☐ Twitter    ☐ WhatsApp

    ☐ Surespot    ☐ Others _____

12a.  If yes, please describe your use and frequency of each.

_____

_____

_____

13.   Are you aware of the United States Government's "War on Terror?"

☐ Yes    ☐ No

13a.  If you answered "Yes" to Question #13, would that affect your ability to evaluate the evidence fairly and be impartial?

☐ Yes    ☐ No

If yes, please explain:

_____

_____

_____

### Additional Space

_____

_____

_____

_____

8

JUROR BADGE #: _____ JUROR NAME: _____

_____

_____

_____

_____

_____

_____

_____

_____

*Signed under penalty of perjury under the laws of the United States of America*

*in Harrisburg, Pennsylvania, this _____ day of _____, 2017.*

_____ (Signature)

_____ (Printed Name)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.  That on this Wednesday, January 4, 2017, he caused to be served a copy of the attached

## GOVERNMENT'S PROPOSED JUROR QUESTIONNAIRE

by electronic means to:

Thomas A. Thornton
thomas_thornton@fd.org

Dated:  January 4, 2017

s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant U.S. Attorney