IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (Electronically Filed) |

## **CERTIFICATE OF NON-CONCURRENCE**

I, Thomas A. Thornton, Esquire, do hereby certify that Assistant United States Attorney

Daryl F. Bloom, Esquire, advises that the government does not concur in the foregoing *Motion in*

*Limine to Exclude Any Reference to Junaid Hussain Being Purposefully Targeted and Killed by*

*a United States Drone Strike Pursuant to F.R.E. 401, 402, 403.*

ROBERT J. SANDER, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Robert.Sander@usdoj.gov*

ADAM L. SMALL, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Adam.Small@usdoj.gov*

DARYL F. BLOOM, ESQUIRE
United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA  17101
*Daryl.Bloom@usdoj.gov*

JALIL AZIZ
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

Date:  January 6, 2017

*/s/ Thomas A. Thornton*
Thomas A. Thornton, Esquire
Attorney ID# 44208
Federal Public Defender's Office
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*thomas_thornton@fd.org*
*Attorney for Jalil Ibn Ameer Aziz*