IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (Electronically Filed) |

## ORDER

AND NOW this _____ day of _____, 2017, after due

consideration of the Defendant's Motion in *Limine* to Exclude Any Reference to Junaid

Hussain Being Purposefully Targeted and Killed by a United States Drone Strike Pursuant to

F.R.E. 401, 402, 403.

,

IT IS HEREBY ORDERED that a hearing be held on

_____ at _____ in Court Room ____.

BY THE COURT:

_____

CHRISTOPHER C. CONNER
CHIEF JUDGE,
UNITED STATES DISTRICT COURT