IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (electronically filed) |

**GOVERNMENT'S REQUEST FOR THE COURT TO TAKE JUDCIAL NOTICE THAT THE ISLAMIC STATE OF IRAQ AND THE LEVANT (ISIL) IS A DESIGNATED FOREIGN TERRORIST ORGANIZATION**

The United States of America, by and through undersigned counsel, hereby request pursuant to 44 U.S.C § 1507 and Federal Rules of Evidence 201 and 902(5), that the Court take judicial notice of the fact that the Islamic State of Iraq and the Levant (ISIL) was a Designated Terrorist Organization during the timeframe "From on or about July 2014 to on or about December 17, 2015."

1.  The defendant is charged with conspiring to provide, providing and attempting to provide material support to this designated foreign terrorist organization, pursuant to 18 U.S.C. § 2399B.  (Superseding Indictment counts 1 and 2).  (Rec. Doc. No. 4).  In order to prove that the defendant conspired to provide, provided, and attempted to provide material support under this statute, the government must prove as an

element of the offense that the organization was designated. *United States v. Afshari*, 426 F.3d 1150, 1155 (9th Cir. 2005) ("Under § 2339B, if defendant provided material support for an organization that has been designated a terrorist organization under § 1189, they commit the crime, and it does not matter whether the designation is correct or not"); *Humanitarian Law Project v. Mukasey*, 509 F.3d 1122, 1132-33 (9th Cir. 2007) (section 2339B seeks to punish only those who have provided "material support or resources" to a foreign terrorist organization with knowledge that the organization was a designated foreign terrorist organization, or that it is or has engaged in terrorist activities or terrorism). Because the fact that the organization was designated is an element of the offense, the government seeks to have this Court take judicial notice of the designations which appear as a matter of record in the Federal Register.

2. As stated in paragraphs 9-10 of the Criminal Complaint (Rec. Doc. No. 4). On October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq (AQI), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially

Designated Global Terrorist under Section 1(b) of Executive Order 13224.

3. On May 15, 2014, the Secretary of State amended the designation of al-Qa'ida in Iraq ("AQI") as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under Section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham ("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. Although the group has never called itself "Al-Qaeda in Iraq (AQI)," this name has frequently been used to describe it through its history. To date, ISIL remains a designated FTO.

4. A copy of the most recent version of the Federal Register listing all the ISIL aliases is attached at Exhibit A.

5. Courts having previously dealt with a request to take judicial notice of facts contained within the Federal Register have done so at the

request of the moving party. *See Crimm v. Missouri Pacific R. Co.,* 750 F.2d 703 (8th Cir. 1984) ("The district court may take judicial notice of the Federal Register and the Code of Federal Regulations" (citing 44 U.S.C. § 1507)). *See also Wei v. Robinson*, 246 F.2d 739, 743 (7th Cir. 1957) ("Contents of the Federal Register and of the Code of Federal Regulations are prima facie evidence of the original text and are required to be judicially noticed."). Additionally, *See Center for Native Ecosystems v. U.S. Fish and Wildlife Service*, 2010 WL 2035580 (D. Colo. May 20, 2010) ("The taking of judicial notice under Rule 201(d) is mandatory 'if requested by a party and supplied with the necessary information." Fed.R.Evid. 201(d). . . . Further, pursuant to 44 U.S.C. § 1507, 'the contents of the Federal Register shall be judicially noticed.'").

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court take judicial notice of the fact that the Islamic State of Iraq and the Levant (ISIL) was a Designated Terrorist Organization during the timeframe "From on or about July 2014 to on or about December 17, 2015."

Respectfully submitted,

BRUCE D. BRANDLER
United States Attorney


/s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant United States Attorney
PA 73820

228 Walnut Street, P.O. Box 11754
Harrisburg, Pennsylvania 17108
717/221-4482 (Office)
717/221-2246 (Fax)
Daryl.Bloom@usdoj.gov


/s/ Robert Sander
ROBERT J. SANDER
Trial Attorney
PA 82116

U.S. Department of Justice

National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202/307-1102 (Office)
Robert.Sander@usdoj.gov


  /s/ Adam Small
ADAM L. SMALL
Trial Attorney

U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202/616-2431 (Office)
Adam.Small@usdoj.gov

6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ | : | (electronically filed) |

## ORDER

AND NOW, this ____ day of _____ 2016, upon consideration

of the Government's Request for the Court to Take Judicial Notice that

the Islamic State of Iraq and the Levant (ISIL) was a Designated

Terrorist Organization during the timeframe "From on or about July

2014 to on or about December 17, 2015," and response thereto, it is

hereby ORDERED that the government's motion is GRANTED.

BY THE COURT:

_____
HONORABLE CHRISTOPHER C. CONNER
Chief Judge, United States District Court

7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JALIL IBN AMEER AZIZ, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.  That on this Sunday, January 8, 2017, he caused to be served a copy of the attached

**Government's Request for the Court to Take Judicial Notice that The Islamic State of Iraq and the Levant (ISIL) is a Designated Terrorist Organization**

by electronic means to:

Thomas A. Thornton
thomas_thornton@fd.org


Dated:  January 8, 2017

/s/ Daryl F. Bloom
DARYL F. BLOOM
Assistant United States Attorney
daryl.bloom@usdoj.gov
PA 73820

8