IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     Criminal No. 1:15-CR-00309
         :
v.          :     (Chief Judge Conner)
         :
JALIL IBN AMEER AZIZ     :     (Electronically Filed)


**RESPONSE TO GOVERNMENT'S REQUEST FOR THE COURT
TO TAKE JUDICIAL NOTICE THAT THE ISLAMIC STATE OF IRAQ
AND THE LEVENT (ISIL) IS A DESIGNATED FOREIGN
TERRORIST ORGANIZATION**


AND NOW, this 13th day of January, 2017, Jalil Aziz, through counsel,

Thomas A. Thornton, Esquire, Assistant Federal Public Defender, and responds as

follows:

While it appears that ISIS/ISIL has been designated a Foreign Terrorist

Organization in the Federal Register, counsel has no personal knowledge of the

accuracy of that designation.

                            Respectfully submitted,

Date: January 13, 2017             */s/ Thomas A. Thornton*
                            THOMAS A. THORNTON, ESQUIRE
                            Assistant Federal Public Defender
                            Attorney ID #PA44208
                            100 Chestnut Street, Suite 306
                            Harrisburg, PA 17101
                            Tel. No. (717) 782-2237
                            Fax No. (717) 782-3881
                            *thomas_thornton@fd.org*
                            *Attorney for Jalil Aziz*

# CERTIFICATE OF SERVICE

I, Thomas A. Thornton, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Response to Government's Request for the Court to take Judicial Notice that the Islamic State of Iraq and the Levent (ISIL) is a Designated Foreign Terrorist Organization**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

ROBERT J. SANDER, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Robert.Sander@usdoj.gov*

ADAM L. SMALL, ESQUIRE
US Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
*Adam.Small@usdoj.gov*

DARYL F. BLOOM, ESQUIRE
United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA  17101
*Daryl.Bloom@usdoj.gov*

JALIL IBN AMEER AZIZ
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17104

Date:  January 13, 2017

*/s/ Thomas A. Thornton*
Thomas A. Thornton, Esquire
Attorney ID# 44208
Federal Public Defender's Office
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*thomas_thornton@fd.org*
*Attorney for Jalil Ibn Ameer Aziz*