# EXHIBIT A

**@ansaralummah5** – November 24, 2014
Life goals







# EXHIBIT B

**@baqiyah2015** – March 20, 2015
Who want this gear



