# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                     **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                        **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Twitter Return (from EDVA) | | | | |
| 2 | | Verizon Subpoena Response (from EDVA) re:   IP Address: 108.55.92.10 | | | | |
| 3.1 | | November 2015 Search Photograph (004 – tan backpack on closet shelf) | | | | |
| 3.2 | | November 2015 Search Photograph (007 – ammunition magazines in tan backpack) | | | | |
| 3.3 | | November 2015 Search Photograph (015 – flashlight, Sucrets box and seeds in tan backpack) | | | | |
| 3.4 | | November 2015 Search Photograph (016 – Sucrets box) | | | | |
| 3.5 | | November 2015 Search Photograph (017 – open Sucrets box) | | | | |
| 3.6 | | November 2015 Search Photograph (019 – lights, thumb drive, Curad bandages, Sunflower seeds in tan backpack) | | | | |
| 3.7 | | November 2015 Search Photograph (020 – thumb drive) | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

### UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                         **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                           **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 3.8 | | November 2015 Search Photograph (024 – toothbrush and large flashlight in tan backpack) | | | | |
| 3.9 | | November 2015 Search Photograph (025-black balaclava) | | | | |
| 3.10 | | November 2015 Search Photograph (026 - fixed blade knife with cloth around handle – side 1) | | | | |
| 3.11 | | November 2015 Search Photograph (027 - fixed blade knife with cloth around handle – side 2) | | | | |
| 4 | | Twitter Returns (MDPA) | | | | |
| 5 | | Comcast Return | | | | |
| 6 | | Sprint Return | | | | |
| 7 | | Facebook Return | | | | |
| 8 | | 2 Fours LLC (Surespot App) Return | | | | |
| 9 | | Blank Summary Exhibit – Twitter | | | | |
| 10 | | Tweet – @AnsarAlKhalifah, June 15, 2014 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

### UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**  **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**  **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 11 | | Tweet – @AnsarAlKhalifah, June 29, 2014 | | | | |
| 12 | | Tweet - @ansaralummah3, October 17, 2014 | | | | |
| 13 | | Tweet - @ansaralummah3, October 29, 2014 | | | | |
| 14 | | Twitter Direct Message - @ansaralummah3, November 1, 2014 | | | | |
| 15 | | Tweet - @ansaralummah4, November 17, 2014 | | | | |
| 16 | | Tweet - @ansaralummah5, November 24, 2014 | | | | |
| 17 | | Tweet - @ansaralummah5, November 25, 2014 | | | | |
| 18 | | Twitter Direct Message - @ansaralummah3, November 27, 2014 | | | | |
| 19 | | Tweet - @ansaralummah8, December 29, 2014 | | | | |
| 20 | | Tweet - @colonel_shami, January 6, 2015 | | | | |
| 21 | | Tweet - @colonel_shami, January 15, 2015 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

### UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                              **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                                 **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 22 | | Tweet - @colonel_shami, January 16, 2015 | | | | |
| 23 | | Tweet - @colonel_shami, January 29, 2015 | | | | |
| 24 | | Tweet - @baqiyahshaami, February 26, 2015 | | | | |
| 25 | | Tweet - @baqiyahshaami, February 26, 2015 | | | | |
| 26 | | Tweet - @baqiyah2015, March 20, 2015 | | | | |
| 27 | | Tweet - @baqiyah2015, March 20, 2015 | | | | |
| 28 | | Tweet - @baqiyah201s, March 21, 2015 | | | | |
| 29 | | Tweet - @baqiyah201s, March 21, 2015 | | | | |
| 30 | | Tweet - @baqiyah201s, March 21, 2015 | | | | |
| 31 | | Tweet - @baqiyah1119, March 26, 2015 | | | | |
| 32 | | Twitter Direct Message - @ansaralummah34, April 1, 2015 | | | | |
| 33 | | Twitter Direct Message - @ansarshaami, April 26, 2015 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

### <u>UNITED STATES v. JALIL IBN AMEER AZIZ</u>

**CHIEF JUDGE CONNER**                                                  **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                          **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 34 | | Tweet - @buruan8, May 4, 2015 | | | | |
| 35 | | Tweet - @buruan8, May 4, 2015 | | | | |
| 36 | | Tweet - @buruan8, May 4, 2015 (2 pages) | | | | |
| 37 | | Tweet - @buruan8, May 4, 2015 | | | | |
| 38 | | Tweet - @imawesome52, May 11, 2015 | | | | |
| 39 | | Tweet - @kolonelsham, May 23, 2015 | | | | |
| 40 | | Twitter Direct Message – @kolonelsham, May 25, 2015 (3 pages) | | | | |
| 41 | | Tweet - @kolonelsham, May 26, 2015 | | | | |
| 42 | | Twitter Direct Message - @kolonelsham, May 26, 2015 (3 pages) | | | | |
| 43 | | Tweet - @kolonelsham, May 26, 2015 | | | | |
| 44 | | Twitter Direct Message - kolonelsham, May 26, 2015 (7 pages) | | | | |
| 45 | | Tweet - @kolonelsham, May 26, 2015 | | | | |
| 46 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                                    **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                          **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 47 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 48 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 49 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 50 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 51 | | Twitter Direct Message - @abuhussain010, May 26, 2015 | | | | |
| 52 | | Twitter Direct Message - @ramihujeirat, May 26, 2015 | | | | |
| 53 | | Twitter Direct Message - @kolonelsham, May 26, 2015 (3 pages) | | | | |
| 54 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 55 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 56 | | Twitter Direct Message - @ramihujeirat, May 26, 2015 | | | | |
| 57 | | Twitter Direct Message - @abuhussain010, May 26, 2015 | | | | |

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. JALIL IBN AMEER AZIZ**

**CHIEF JUDGE CONNER**                                          **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                    **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 58 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 59 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 60 | | Twitter Direct Message - @ramihujeirat, May 26, 2015 | | | | |
| 61 | | Tweet - @kolonelsham, May 26, 2015 | | | | |
| 62 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 63 | | Twitter Direct Message - @kolonelsham, May 26, 2015 (2 pages) | | | | |
| 64 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 65 | | Twitter Direct Message - @kolonelsham, May 26, 2015 (2 pages) | | | | |
| 66 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 67 | | Twitter Direct Message - @kolonelsham, May 26, 2015 | | | | |
| 68 | | Twitter Direct Message - @kolonelsham, May 27, 2015 (2 pages) | | | | |
| 69 | | Tweet - @ghanimahaqq, May 29, 2015 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

### UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                          **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                            **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 70 | | Tweet - @ghanimahaqq, May 29, 2015 | | | | |
| 71 | | Twitter Direct Message - @ghanimahaqq, May 30, 2015 (3 pages) | | | | |
| 72 | | Twitter Direct Message - @ghanimahaqq, May 31, 2015 (2 pages) | | | | |
| 73 | | Twitter Direct Message - @ghanimahaqq, May 31, 2015 (3 pages) | | | | |
| 74 | | Tweet - @haqqbruh, July 8, 2015 | | | | |
| 75 | | Tweet - @haqqbruh, July 11, 2015 | | | | |
| 76 | | Tweet - @muslimbruh0, July 21, 2015 | | | | |
| 77 | | Tweet - @muslimbruh0, July 21, 2015 | | | | |
| 78 | | Tweet - @samuraimujahed, August 21, 2015 | | | | |
| 79 | | Twitter Screenname Summary | | | | |
| 80 | | Islamic State Hacking Division: Addresses of 100 Military Personnel List | | | | |
| 81 | | Floorplan – 1733 Fulton Street, Harrisburg, Pennsylvania (4 pages) | | | | |
| 82 | | Evidence Recovery Log, dated December 17, 2015 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                    **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                        **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 83 | | Receipt for Property Received/Returned/Released/Seized, December 17, 2015 | | | | |
| 84 | | FBI Photographic Log, December 17, 2015 | | | | |
| 85 | | Search Warrant Photograph 0001 (Cover Page) | | | | |
| 86 | | Search Warrant Photograph 0002 (front of 1733 Fulton Street) | | | | |
| 87 | | Search Warrant Photograph 0015 (entrance to Jalil Aziz Bedroom) | | | | |
| 88 | | Search Warrant Photograph 0016 (Jalil Aziz Bedroom) | | | | |
| 89 | | Search Warrant Photograph 0018 (Bedroom Closet) | | | | |
| 90 | | Search Warrant Photograph 0024 (Closet Shelf) | | | | |
| 91 | | Search Warrant Photograph 0042 (Washer/Dryer) | | | | |
| 92 | | Search Warrant Photograph 079 (Tan Backpack) | | | | |
| 93 | | Search Warrant Photograph 0081 (Fixed Blade Knife) | | | | |

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. JALIL IBN AMEER AZIZ**

**CHIEF JUDGE CONNER**                                   **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                     **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 94 | | Search Warrant Photograph 0085 (Cheaper Than Dirt Magazines - 8) | | | | |
| 95 | | Search Warrant Photograph 0086 (Under Bed) | | | | |
| 96 | | Search Warrant Photograph 0087 (Cellular Telephone) | | | | |
| 97 | | Search Warrant Photograph 0116 (World Map) | | | | |
| 98 | | Search Warrant Photograph 0156 (Area Behind Washer/Dryer) | | | | |
| 99 | | Search Warrant Photograph 0157 (Five 30 Round Polymer Ammunition Magazines 5.56 x 45 NATO (.223 Remington) | | | | |
| 100 | | Search Warrant Photograph 0158 (Five 30 Round Polymer Ammunition Magazines 5.56 x 45 NATO (.223 Remington) | | | | |
| 101 | | Search Warrant Photograph 0159 (.223 Ammunition) | | | | |
| 102 | | Search Warrant Photograph 0176 (Sucrets Tin and medication) | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                   **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                      **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 103 | | Search Warrant Photograph 0209 (Washer/Dryer) | | | | |
| 104 | | Motorola Cellular Telephone | | | | |
| 105 | | Tan Backpack | | | | |
| 106 | | Toothbrush | | | | |
| 107 | | Rayovac Flashlight | | | | |
| 108 | | Black webbing strap | | | | |
| 109 | | Sucrets blister pack | | | | |
| 110 | | Bag of Sunflower Seeds | | | | |
| 111 | | Mini Flashlight | | | | |
| 112 | | Lighter | | | | |
| 113 | | Curad Bandages (3) | | | | |
| 114 | | Nail Clippers | | | | |
| 115 | | Black Fingerless Gloves | | | | |
| 116 | | Black Cording/Wire | | | | |
| 117 | | Sucrets Tin containing OTC Medication | | | | |
| 118 | | Pocket Watch | | | | |
| 119 | | Straight Edge Knife | | | | |
| 120 | | Black Balaclava | | | | |

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. JALIL IBN AMEER AZIZ**

**CHIEF JUDGE CONNER**                                       **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                  **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 121 | | Digital Camouflage Backpack | | | | |
| 122 | | Headphones | | | | |
| 123 | | School ID Card | | | | |
| 124 | | Red & White Head Scarf | | | | |
| 125 | | Black Mixed Color Head Scarf | | | | |
| 126 | | Gray Cloth (rectangular) | | | | |
| 127 | | 30 Round Polymer Ammunition Magazines 5.56 x 45 NATO (.223 Remington) (5) | | | | |
| 128 | | 110 Rounds of .223 ammunition | | | | |
| 129 | | Cheaper Than Dirt Catalogs (8) | | | | |
| 130 | | Cheaper Than Dirt Invoice | | | | |
| 131 | | Noble Quran | | | | |
| 132 | | 2014 Daniel Defense Catalog | | | | |
| 133 | | World Map | | | | |
| 134 | | Composition Book with AR-15 Essay | | | | |
| 134.1 | | AR-15 Essay (copy from Ex. 134) | | | | |
| 135 | | Pennsylvania Identification Card | | | | |
| 136 | | Gun Show Essay, dated March 30, 2014 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

### UNITED STATES v. JALIL IBN AMEER AZIZ

**CHIEF JUDGE CONNER**                                   **CR. NO.   1:15-CR-309**

**MIDDLE DISTRICT OF PENNSYLVANIA**                      **DATE:** February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 137 | | Rami Hujeirat Facebook (3 pages) | | | | |
| 138 | | Telephone Numbers in Turkey - Wikipedia | | | | |
| 139 | | Central Intelligence Agency World Fact Book 2016-2017, Turkey | | | | |
| 140 | | Recorded Telephone Call, S9738629818_20150812031855_00001 | | | | |
| 141 | | Recorded Telephone Call, S9738629818_20151014193439_00002 | | | | |
| 142 | | Recorded Telephone Call, S9738629818_20151116230832_00003 | | | | |
| 143 | | Twitter Screenname Timeline | | | | |
| 144 | | List of Installed Applications on Motorola Cellular Telephone (Ex. 104) | | | | |
| 145 | | List of Installed Documents on Motorola Cellular Telephone (Ex. 104) | | | | |
| 146 | | List of Searches Conducted on Motorola Cellular Telephone (Ex. 104) | | | | |
| 147 | | Saved Images on Motorola Cellular Telephone (Ex. 104) | | | | |
| 148 | | List of User Accounts on Motorola Cellular Telephone (Ex. 104) | | | | |

# GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. JALIL IBN AMEER AZIZ

CHIEF JUDGE CONNER                                              CR. NO.   1:15-CR-309

MIDDLE DISTRICT OF PENNSYLVANIA                                 DATE: February 6, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
| 149 |     | Black Flags from Islamic State on Motorola Cellular Telephone (Ex. 104) | | | | |
| 150 |     | DABIQ Issue 10, The Law of Allah or the Laws of Men on Motorola Cellular Telephone (Ex. 104) | | | | |
| 151 |     | DABIQ Issue 6, Al-Qa'Idah of Waziristan (retweeted in Exhibit 19) | | | | |
| 152 |     | Certified Translation of Exhibits 9-78 | | | | |
| 153 |     | Al Hayat | | | | |
| 154 |     | | | | | |
| 155 |     | | | | | |
| 156 |     | | | | | |
| 157 |     | | | | | |
| 158 |     | | | | | |
| 159 |     | | | | | |
| 160 |     | | | | | |
| 161 |     | | | | | |
|     |     | | | | | |