UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
_____

**UNITED STATES OF AMERICA,**

                     **MOTION**

       v.

**JALIL IBN AMEER AZIZ,**       **No. 1:15-CR-309**

                   **18 USC 3582(c)(1)(A)(i)**

       Defendant.
_____

### DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

As more fully set forth in the memorandum of law of Kathy Manley, attorney for Jalil Aziz, dated June 29, 2021, Mr. Aziz moves this Court for compassionate release pursuant to 18 USC 3582(c)(1)(A)(i), as amended by the First Step Act (Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 [eff. 12/21/20l8.])

WHEREAS, Jalil Aziz respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

Dated: June 29, 2021.

                           Respectfully Submitted
                           *Kathy Manley*

KATHY MANLEY
(*pro hac vice* admission pending*)*
26 Dinmore Road
Selkirk, NY 12158
(518) 635-4005 (phone and fax)
Mkathy1296@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of June, 2021, I filed the foregoing Defendant's Motion for Compassionate Release with the Clerk of the Court via the CM/ECF system, which will then send a notice electronically to the following:

United States Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754

BY:  *Kathy Manley*
KATHY MANLEY
(*pro hac vice* admission pending*)*
26 Dinmore Road
Selkirk, NY 12158
(518) 635-4005 (phone and fax)
Mkathy1296@gmail.com