## APPLICATION FOR COMPASSIONATE RELEASE UNDER FIRST STEP ACT

To: Warden, USP Marion

Date: 3-2-21

I, Jalil Aziz, Reg, No, 73950-067, am hereby submitting this Application for Compassionate Release. Because of my medical conditions, I am at high risk for COVID19, which has been spreading through federal prisons. At least 222 prison inmates have died of it thus far.

Date of Birth: Aug. 29, 1996

### Sentence, When Imposed, and in What Court

I was sentenced to 160 months in late 2017 in the ~~Eastern~~ Middle District of ~~Virginia~~ Pennsylvania. I have served over five years, and have six more years to go before my release date on 4/27/27.

### Medical Conditions

I have obesity and asthma, both of which are well known to cause increased risk from COVID-19.

### Release Plan

My Family lives at 645 Erford, Rd. Camp Hill, PA. 17011. I don't have a job lined up for me as of now.