# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| Complex:  MAR--MARION USP | Begin Date:  08/04/2020 12:05 | End Date:  08/04/2020 12:05 |
| Inmate:  AZIZ, JALIL IBN AMEE | Reg #:  73950-067 | Quarter:  I01-008L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Aspirin | Angioedema | 01/23/2020 |
| Ibuprofen | Angioedema | 01/23/2020 |

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Inhale 2 puffs by mouth four times daily AS NEEDED *1 inhaler must last 5 weeks*

**Rx#:**  153315-MAR    **Doctor:** Pass, Randall MD/CD

**Start:**  01/24/20    **Exp:** 01/23/21    **Pharmacy Dispensings:** 51 GM in 193 days

Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  AZIZ, JALIL IBN AMEE | | Reg #:   73950-067 |
| Date of Birth:   08/29/1996 | Sex:   M   Race:   BLACK | Facility:   MAR |
| Encounter Date:   05/11/2020 12:27 | Provider:   Pass, Randall MD/CD | Unit:   I01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

SUBJECTIVE:

COMPLAINT 1        Provider: Pass, Randall MD/CD

Chief Complaint: Chronic Care Clinic

Subjective:     23 year old comes over from CMU for CCC visit, regarding:
1)     ASTHMA ~ on PRN albuterol inhaler ~ reports he is doing better since the lockdown (less active)
Care Level 1, no medical restrictions
Immunizations ~ refused by inmate
Releases in 2027

Pain:            Not Applicable

Seen for clinic(s): Pulmonary/Respiratory

ROS:

Pulmonary

**Respiratory System**

Yes: Hx Asthma

OBJECTIVE:

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/11/2020 | 12:33 | 95 | | | Pass, Randall MD/CD |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/11/2020 | 12:33 MAR | 14 | Pass, Randall MD/CD |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/11/2020 | 12:33 MAR | 110/65 | | | | Pass, Randall MD/CD |

Wright Peak Flow:

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 05/11/2020 | 12:33 MAR | Unavailable | | | | | Pass, Randall MD/CD |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/11/2020 | 12:33 MAR | 100 | | Pass, Randall MD/CD |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/11/2020 | 12:33 MAR | 175.0 | 79.4 | | Pass, Randall MD/CD |

Exam:

Diagnostics

Laboratory

No: Results

Inmate Name:  AZIZ, JALIL IBN AMEL
Date of Birth:  08/29/1996                    Sex:      M    Race:  BLACK          Facility:  MAR
Encounter Date:  05/11/2020 12:27              Provider:  Pass, Randall MD/CD        Unit:      I01

Exam:
    General
        Affect
            Yes: Pleasant, Cooperative

        Appearance
            Yes: Appears Well, Alert and Oriented x 3

        Nutrition
            Yes: BMI reviewed (enter in comments), Within Normal Limits

    Pulmonary
        Auscultation
            Yes: Clear to Auscultation
            No: Wheezing

    Cardiovascular
        Auscultation
            Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
            No: M/R/G

    Peripheral Vascular
        General
            No: Non-Pitting Edema, Pitting Edema

    Musculoskeletal
        Gait
            Yes: Normal Gait

    Mental Health
        Mood
            Yes: Within Normal Limits, Appropriate

**ROS Comments**
    He requests that we remove the left great toenail -- it is calm now, but has had frequent infections in past

**Exam Comments**
    BMI = 31
    Has baseline CXR on chart
    Has refused labwork

    Left great toenail -- curved such that both edges dig into the surrounding skin

**ASSESSMENT:**

Asthma, J45909 - Current

Ingrowing nail, L600 - Current

**PLAN:**

Schedule:
    Activity                    Date Scheduled    Scheduled Provider
    Procedure                   06/11/2020 00:00  MLP 02
            For consideration of removal of left great toenail -- inmate requests due to recurrent infection

**Disposition:**
    Follow-up at Sick Call as Needed

Generated 05/11/2020 12:39 by Pass, Randall MD/CD        Bureau of Prisons - MAR                    Page 2 of 3