```
MARDO   606.00 *        MALE CUSTODY CLASSIFICATION FORM        *        03-02-2020
PAGE 001 OF 001                                                          15:10:11
                              (A)  IDENTIFYING DATA
REG NO..: 73950-067                    FORM DATE: 03-02-2020        ORG: MAR
NAME....: AZIZ, JALIL IBN AMEE
                                          MGTV: NONE
PUB SFTY: GRT SVRTY                       MVED:
                              (B)  BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
MOS REL.: 88                    CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A               AGE CATEGORY...: (8) 24 OR LESS
EDUC LEV: (2) NO VERFD HS/ NO GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C)  CUSTODY SCORING
TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+17  +20    -2       +15       LOW        N/A              IN       DECREASE


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: AZIZ, JALIL IBN AMEE  73950-067

SEQUENCE: 02091271

Team Date: 03-17-2020

| | | |
|---|---|---|
| Facility: | MAR  MARION USP | Proj. Rel. Date:  07-28-2027 |
| Name: | AZIZ, JALIL IBN AMEE | Proj. Rel. Mthd:  GCT REL |
| Register No.: | 73950-067 | DNA Status:  MAR03429 / 03-26-2018 |
| Age: | 23 | |
| Date of Birth: | 08-29-1996 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | CMU FS | CMU FOOD SERVICE WORKER | 08-24-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 04-04-2018 |
| MAR | GED EN | ENROLL GED NON-PROMOTABLE | 04-04-2018 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR | | I UNIT SELF-STUDY GED | 01-07-2019 | CURRENT |
| MAR CMU | C | CMU COSMIC ODYSSEY | 09-26-2019 | 11-14-2019 |
| MAR CMU | C | NUTRITION | 01-10-2019 | 03-20-2019 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-27-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-11-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-26-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-27-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-27-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 04-25-2018 |

## FRP Details

| Most Recent Payment Plan |
|---|

| | | | |
|---|---|---|---|
| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | **Start: 11-01-2019** |
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$50.00** | Obligation Balance: **$25.00** | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $25.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-10-2020 | MAR | PAYMENT | INSIDE PMT | $25.00 |
| | | 12-10-2019 | MAR | PAYMENT | INSIDE PMT | $25.00 |

## Payment Details

| | |
|---|---|
| Trust Fund Deposits - Past 6 months:  $1,062.80 | Payments commensurate ?   Y |
| New Payment Plan: | ** No data ** |

---



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: AZIZ, JALIL IBN AMEE  73950-067

SEQUENCE: 02091271
Team Date: 03-17-2020

| Most Recent Payment Plan |
| --- |
| |

**Progress since last review**

Aziz has been making quarterly FRP payments, maintaining clear conduct. He completed the Cosmic Odyssey program and is participating in the GED self study program.

**Next Program Review Goals**

Complete FRP program, Continue GED self study.  Participate in recreational programs.

**Long Term Goals**

Obtain SSC by September 2020.
Obtain Birth Certificate by March 2021.
Obtain GED by March 2022.

**RRC/HC Placement**

**Comments**

Maintain clear conduct.
Obtain Birth certificate and SSC.
Obtain GED
Fulfill FRP Obligation

Finance/poverty need



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: AZIZ, JALIL IBN AMEE   73950-067

SEQUENCE: 02091271

Team Date: 03-17-2020

|  |  |  |  |
|---|---|---|---|
| Name: | AZIZ, JALIL IBN AMEE | DNA Status: | MAR03429 / 03-26-2018 |
| Register No.: | 73950-067 | | |
| Age: | 23 | | |
| Date of Birth: | 08-29-1996 | | |

_____

Inmate    (AZIZ, JALIL IBN AMEE. Register No.: 73950-067)


_____

Date


_____     _____
Unit Manager / Chairperson                    Case Manager


_____     _____
Date                                          Date