H.O.P.E
DIVERSIFIED MANAGEMENT, INC.

1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

June 3, 2021

Honorable Judge,

I hope and pray that this letter finds you in the best of health amidst this pandemic. My name is Ibrahim Aziz, Jalil Aziz's older brother. Since my brother's incarceration we have developed a closer relationship, albeit by phone and written communication. I sincerely believe that his absence from the home and being able to reflect on this circumstances that have brought him to this situation has seem to opened his eyes and heart, for the first time ever. He seems to be developing into a man without the toxicity or uncertainty that existed in our household for so many years. He is developing his own thoughts, opinions and clearer picture of the world. It is what I call a balanced sense of self.

When Jalil is released from incarceration, he will be welcomed by a brother and a host of committed individuals who are ready to assist him become acclimated to society. In addition, he will also have access to a team of experts ready to assist him and provide him social and therapeutic services that will help him in altering his 'warped' ideology in order to become a more productive member of society. It is my belief that Jalil will be in need of consistent therapy, a support system, and gainful employment. Through the two non-profit organizations that I manage designed to that assist others, The TAM Group and H.O.P.E Diversified Management, Jalil will have exposure to leading national and international experts in the field of deradicalization and mental health. Individuals like Dr. Abdul- Haqq Baker and Mr. Mujahid Muhammad, MSW. Both Dr. Baker and Mr. Muhammad have over thirty (30) years of professional and therapeutic experience in dealing with individuals like Jalil. This, in conjunction with H.O.P.E. Board Member, Kareem Abdus-Salaam, is procuring meaningful employment for Jalil. This will allow him to finally develop into a man in control of his own future.

In conclusion, it is my sincere belief that allowing Jalil the opportunity to develop, under my guidance, with the supportive services listed above, will provide him with the ability to have a defined 'sense of self' and begin to chart his progress with self-introspection and respect towards others. This will help him productively reintegrate back into society. I am a husband and father of three girls. I am a Senior System Engineer for ICMA-RC Retirement Corporation and have been in the Information Technology field for over 20 years. I hold an associate degree in Information Systems and a BA in Sociology. My professional experience, my lived experiences with raising a family, but most importantly, my own personal therapy for the last fifteen (15) years is breaking the cycle of what my mother produced.

C (301) 992-4279    ✉ info@hopemgmt.org    ⊕ www.hopemgmt.org



**H.O.P.E**

DIVERSIFIED MANAGEMENT, INC.

1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

It is our hope that you can use the office of the Court to grant Jalil the ability to allow us the opportunity to provide a meaningful support system as he traverses through this continuum called "life". We thank you in advance for your consideration to our request

Respectfully submitted

Ibrahim Aziz
Executive Director of H.O.P.E Diversified Management, Inc.
Helping Others Prosper through Education Diversified Management
www.hopemgmt.org
1629 K street Suite 300
Washington DC 20006
Mobile - 301-992-4279

( (301) 992-4279   ✉ info@hopemgmt.org   ⊕ www.hopemgmt.org